UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISNA CLARK**                                                            **PLAINTIFF**

**V.**                      **1:15CV00106 BRW/JTR**

**JEREMY GLENN, Sergeant, and**
**KENYON JEFFREY, Sergeant,**
**North Central Unit, ADC**                                      **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation in all respects.

Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART.[1] Clark may proceed with his excessive force claim against Glenn and Jeffery in their individual capacities. Clark's excessive force claim against Glenn and Jeffery in their official capacities is dismissed with prejudice.

I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 14th day of February, 2017.

                                                                          /s/ Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 27.

[2] 28 U.S.C. § 1915(a)(3).